UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,         Civil No.
vs.         Honorable

Smith & Wesson CS45
Chief's Special Pistol
CAL:45 SN: EKY5892,

        Defendant *in Rem*.
_____/

# COMPLAINT FOR FORFEITURE

NOW COMES Plaintiff, the United States of America, by and through Saima S. Mohsin, Acting United States Attorney for the Eastern District of Michigan, and Cassandra M. Resposo, Assistant United States Attorney, and for its Complaint for Forfeiture states: **JURISDICTION AND VENUE**

1. This is an *in rem* civil forfeiture action pursuant to 18 U.S.C. § 924(d).

2. This Court has original jurisdiction over this proceeding pursuant to 28 U.S.C. § 1345 because this action is being commenced by

1

the United States of America as Plaintiff.

3. This Court has jurisdiction over this forfeiture action pursuant to 28 U.S.C. § 1355 (b)(1)(A) because the acts giving rise to the forfeiture occurred in the Eastern District of Michigan.

4. Venue is proper before this Court pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the Plaintiff's claims occurred in the Eastern District of Michigan.

5. Venue is also proper before this Court pursuant to 28 U.S.C. § 1395(a), (b), and (c) because the action accrued and the Defendants *in rem* were seized and remain in the Eastern District of Michigan.

6. The Defendant *in rem* is One (1) Smith & Wesson CS45 Chief's Special Pistol, .45 caliber pistol (SN: EKY5892) ("Defendant Firearm").

## BACKGROUND INFORMATION

7. The Defendant *in rem* was involved in a knowing violation of 18 USC 922(g)(1) and is therefore subject to federal forfeiture pursuant to 18 U.S.C. § 924(d).

## GENERAL ALLEGATIONS

8. On or about October 20, 2020, the Michigan State Police Fugitive Team arrested Darel King in Flint, Michigan as he was entering a recreational vehicle (RV).

9. The Michigan State Police (MSP) identified the woman accompanying King as Sparkle Jordan. Jordan identified herself as King's girlfriend.

10. Jordan consented to the search of her RV; the MSP Troopers found the Defendant Firearm in the camper-trailer.

11. Jordan agreed to be interviewed by ATF at the scene. She stated that she was the owner of the Defendant Firearm and provided ATF with paperwork with the firearm information.

12. Jordan stated that King would sleep in her RV.

13. Jordan stated that King knew where she kept the Defendant Firearm. Jordan stated that on or about October 19, 2020, while parked at a rest stop on I-75 near Clio, Michigan, King retrieved the Defendant Firearm from under the driver's seat of the RV and handed it to Jordan. Jordan handed the Defendant Firearm back to King, who then put it in the pocket of his hoodie sweatshirt.

14. Jordan stated that she knew that King served prison sentences for homicide and felon in possession of a firearm offenses, and that he was prohibited from being in possession of a firearm.

15. As a result, the firearm is forfeitable to the United States pursuant to 18 U.S.C. 924(d)(1).

## CLAIM FOR RELIEF

16. Plaintiff realleges and incorporates by reference each and every allegation contained in paragraphs 1 through 15 above, including any subparagraphs thereunder.

17. The Defendant *in rem* was involved in a knowing violation of 18 USC 922(g)(1) and is therefore subject to federal forfeiture pursuant to 18 U.S.C. § 924(d).

## CONCLUSION

Plaintiff, the United States of America, respectfully requests that a warrant for the arrest of the Defendant *in rem* be issued; that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the aforementioned Defendant *in rem* condemned and forfeited to the United States of America for disposition according to law; and that the

United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

                                            Respectfully submitted,

                                            Saima S. Mohsin
                                            Acting United States Attorney

                                            <u>S/ Cassandra M. Resposo</u>
                                            Cassandra M. Resposo (IL 6302830)
                                            Assistant United States Attorney
                                            211 W. Fort Street, Suite 2001
                                            Detroit, Michigan 48226
                                            Telephone:(313) 226-9736
                                            Fax: (313) 226-3800
                                            Cassandra.Resposo@usdoj.gov

Dated: April 2, 2021

## VERIFICATION

I, Dustin Hurt, am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). I have read the foregoing Complaint for Forfeiture and assert under penalty of perjury that the facts contained therein are true to the best of my knowledge and belief, based upon knowledge possessed by me and/or on information received from other law enforcement agents.

Dustin D. Hurt, electronically signed 4/2/21
Special Agent Dustin Hurt
Bureau of Alcohol, Tobacco, Firearms,
and Explosives

Dated: